**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **LLOYD HIGGINBOTHAM,** | Case No. 2:22-cv-00084-JDC-KK |
| v. | |
| **RECON MANAGEMENT SERVICES, INC** | **JURY TRIAL DEMANDED** |

## JUDGMENT OF DISMISSAL

Pursuant to the Parties' Rule 41(a)(1)(A)(ii) Stipulation of Dismissal with Prejudice, this case is DISMISSED WITH PREJUDICE.

THUS DONE AND SIGNED in Chambers 24th day of February, 2022.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE